No. 74–5329.  SCOTT *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 74–5334.  GARVEY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 74–5337.  MARTIN-MENDOZA *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 9th Cir.  Certiorari denied.

No. 74–5343.  GEARIN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–5366.  WHITAKER ET AL. *v.* UNITED STATES. C. A. 3d Cir.  Certiorari denied.

No. 74–5371.  WILLIS ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–5378.  NORTON *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 74–5383.  WILLIAMS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 74–5391.  JONES ET AL. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 74–5400.  GRAHAM *v.* DeWINTER, UNITED STATES MARSHAL.  C. A. 1st Cir.  Certiorari denied.

No. 74–5409.  COWLES *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 74–5410.  ROBERTS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.